ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, et al., | No. CV 24-08112-PCT-MTL (ESW) |
| Plaintiffs, | |
| v. | **ORDER** |
| City of Lake Havasu, et al., | |
| Defendants. | |

Plaintiffs David Hezekiah Adams, Rebekah Adams, and Noah Adams, who are not in custody, have filed through counsel a civil rights Complaint pursuant to 42 U.S.C. § 1983 and Arizona state law, and paid the filing and administrative fees. The Court will refer this matter to Magistrate Judge Eileen S. Willett for pretrial proceedings.

**IT IS ORDERED:**

(1) Plaintiffs must either serve each Defendant in compliance with the applicable rules of the Federal Rules of Civil Procedure, and the Local Rules of this Court, or seek a waiver of service from each Defendant.

(2) If Plaintiffs do not obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 90 days of the filing of the Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m); LRCiv 16.2(b)(2)(B)(ii).

(3) Defendants must answer the Complaint or otherwise respond by appropriate

motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

(4) Any answer or response must state the specific Defendant by name on whose behalf it is filed. The Court may strike any answer, response, or other motion or paper that does not identify the specific Defendant by name on whose behalf it is filed.

(5) This matter is referred to Magistrate Judge Eileen S. Willett pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1) and is assigned to the **standard track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure.

(6) If properly completed, the Clerk of Court must issue the proposed Summonses filed at Doc. 2.

Dated this 9th day of July, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge

TERMPSREF