Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, an individual; Rebekah Adams, an individual; and, Noah Adams, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>City of Lake Havasu, a governmental entity; Chad T. Graybeal and Jane Doe Graybeal, a married couple; Julio Flores and Jane Doe Flores, a married couple; Joshua R. Condra and Jane Doe Condra, a married couple; Clint Wilcox and Jane Doe Wilcox, a married couple; Danielle Banuelos and John Doe Banuelos, a married couple; Corporal Dana Peterson and Jane Doe Peterson, a married couple; Cameron Hollis and Jane Doe Hollis, a married couple; Aaron Phoenix and Jane Doe Phoenix, a married couple; Preston Pearce and Jane Doe Pearce, a married couple, and; John and Jane Does I-X,<br><br>Defendants. | No.: CV-24-08112-PCT-MTL (ESW)<br><br>**AFFIDAVIT OF SERVICE OF CITY OF LAKE HAVASU**<br><br>(Assigned to the Honorable Michael T. Liburdi and referred to the Honorable Eileen S. Willett for all pretrial proceedings) |

Through undersigned counsel, Plaintiffs hereby present for filing the attached Affidavit of Service of Defendant City of Lake Havasu.

**RESPECTFULLY SUBMITTED** this 21st day of August 2024.

                         **MILLS + WOODS LAW, PLLC**

                         By  */s/ Sean A. Woods*
                               Robert T. Mills
                               Sean A. Woods
                               5055 North 12th Street, Suite 101
                               Phoenix, AZ 85014
                               *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

*/s/ Ben Dangerfield*

2

AOS

DAVID HEZEKIAH ADAMS; REBEKAH ADAMS; AND NOAH ADAMS  **Plaintiff**

vs

CITY OF LAKE HAVASU; ET AL  **Defendant**

CASE NO: CV 24-08112
HEARING DATE/TIME:
DEPT NO:

## AFFIDAVIT OF SERVICE

REBECCA D. GODWIN being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS AND COMPLAINT, on the 10th day of August, 2024 and served the same on the 14th day of August, 2024, at 14:02 by:

serving the servee CITY OF LAKE HAVASU C/O CITY CLERK'S OFFICE by personally delivering and leaving a copy at (address) 2330 McCulloch Boulevard North, Lake Havasu City AZ 86403 with MARCELA QUILES as ADMIN TECH, an agent lawfully designated by statute to accept service of process;

Pursuant to NRS 53.045

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this __14__ day of __Aug__, 2024.

*(signed)* Rebecca Godwin

**REBECCA D. GODWIN**
R-2021-11910