**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone: (480) 659-4233
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ.  #012763
*Attorney for Defendant Lake Havasu City, Chad T. Graybeal, Joshua R. Condra, and Cameron Hollis*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, an individual; Rebekah Adams, an individual; and, Noah Adams, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Lake Havasu City, a governmental entity; Chad T. Graybeal and Jane Doe Graybeal, a married couple; Julio Flores and Jane Doe Flores, a married couple; Joshua R. Condra and Jan Doe Condra, a married couple; Clint Wilcox and Jane Doe Wilcox, a married couple; Danielle Banuelos and John Doe Banuelos, a married couple, Corporal Dana Peterson and Jane Doe Peterson, a married couple; Cameron Hollis and Jane Doe Hollis, a married couple, Aaron Phoenix and Jane Doe Phoenix, a married couple, Preston Pearce and Jane Doe Pearce, a married couple; and John and Jane Does I-X,<br><br>Defendants. | Case No.: 3:24-cv-08112-MTL--ESW<br><br>**[STIPULATED] MOTION FOR EXTENSION OF TIME FOR DEFENDANT LAKE HAVASU CITY TO ANSWER OR RESPOND OTHERWISE TO PLAINTIFFS' COMPLAINT** |

Plaintiffs and Defendant Lake Havasu City, through undersigned counsel, hereby file this

Stipulated Motion seeking to defer Defendant Lake Havasu City's answer or other response to

1

Plaintiffs' Complaint until completion of a 12.1 discussion relating to a partial motion to dismiss Lake Havasu City from this action. The current deadline for Defendant Lake Havasu City to answer or otherwise respond to Plaintiffs' Complaint is September 11, 2024. Due to scheduling and other issues, the parties have been unable to participate in a 12.1 discussion. The parties request that Defendant Lake Havasu City's answer or other response to Plaintiffs' Complaint be due on or before October 28, 2024.

The parties agree there is good cause for such a deferral, and that an order effecting this Stipulated Motion is attached hereto as Exhibit "A". This request is not made to cause undue delay.

**DATED** this 11th day of September, 2024.

**JELLISON LAW OFFICES, PLLC**

By: s/ *Jim Jellison*
James M. Jellison, Esq.
*Attorney for Defendants Lake Havasu City, Chad T. Graybeal, Joshua R. Condra and Cameron Hollis*

**MILLS + WOODS LAW, PLLC**

By: s/ *Sean Woods*
Sean A. Woods, Esq
Robert T. Mills, Esq.
*Attorneys for Plaintiffs*

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on September 11, 2024, I electronically transmitted the attached document to the Clerk's office using the ECF filing system for filing and transmittal of a Notice of Electronic filing to the following registrants:

Sean A. Woods, Esq.

1  Robert T. Mills, Esq.
2  Mills + Woods Law, PLLC
   5055 North 12th Street
3  Suite 101
4  Phoenix, AZ 85014

5  s/ *Valerie Hall*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28