# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, et al., | No. CV-24-08112-PCT-MTL (ESW) |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Lake Havasu, et al., | |
| Defendants. | |

The Court has considered the "[Stipulated] Motion for Extension of Time for Defendant Lake Havasu City to Answer or Respond Otherwise to Plaintiffs' Complaint" (Doc. 10). Good cause appearing,

IT IS ORDERED granting the "[Stipulated] Motion for Extension of Time for Defendant Lake Havasu City to Answer or Respond Otherwise to Plaintiffs' Complaint" (Doc. 10). Defendant Lake Havasu City shall answer or otherwise respond to Plaintiffs' Complaint (Doc. 1) no later than **October 28, 2024**.

Dated this 11th day of September, 2024.

Honorable Eileen S. Willett
United States Magistrate Judge