# EXHIBIT 1



Ben Dangerfield <bdangerfield@millsandwoods.com>

## RE: Adams Lawsuit
1 message

**Jim Jellison** <jim@jellisonlaw.com>   Mon, Aug 26, 2024 at 3:35 PM
To: Sean Woods <swoods@millsandwoods.com>, Ben Dangerfield <bdangerfield@millsandwoods.com>
Cc: Valerie Hall <valerie@jellisonlaw.com>, Alex Wasko <Alex@jellisonlaw.com>

Sean –

I will be representing everyone.   Do you have affidavits of service for all that have been served so I can make sure to have it all calendared correctly.   Not sure if you want me to do a waiver for Condra?  I don't understand there to have been the kind of personal exchange and refusal that you have described, but I am okay with buttoning up the service part of thing with the waiver so we can move the case forward.   Also (if we haven't asked already), can I please get any affidavits of service for the three NOCs on the individual Defendants?

Thanks, Jim

**From:** Sean Woods <swoods@millsandwoods.com>
**Sent:** Monday, August 26, 2024 3:25 PM
**To:** Jim Jellison <jim@jellisonlaw.com>; Ben Dangerfield <bdangerfield@millsandwoods.com>
**Cc:** Valerie Hall <valerie@jellisonlaw.com>; Alex Wasko <Alex@jellisonlaw.com>
**Subject:** Re: Adams Lawsuit

Jim -

That was a mistake. It is my understanding that our process server has since tried to serve him at the Sheriff's Office at least once and at his home address seven times. Condra has actively evaded service - refusing to answer the door, and even speeding away in his car from our process server after our server identified himself. We will have affidavits of attempted and final service to file and potentially request costs against Condra for his clear evasion. We also consider the last interaction to be personal service as it was at Condra's personal address and despite being offered the documents, he refused to take them. My process server then left the documents on the doorstep.

With that said, are you handling the representation of everyone else? It is my belief they are being served already, just making sure.

Thank you,

On Mon, Aug 26, 2024 at 3:16 PM Jim Jellison <jim@jellisonlaw.com> wrote:

> Good afternoon Sean:
>
> My understanding is that Michael Boone is trying to serve Josh Condra, who no longer works with LHCPD. My understanding is that no personal service has occurred. I am authorized to execute a waiver and acceptance of service on behalf of Mr. Condra. My office can draft that up, and I can sign it, and send to you by tomorrow. That way, Mr. Boone need not make further efforts at service. Also, Mr. Condra is not married now, and was not married at the time of the incident.
>
> Let me know if you would like me to proceed as indicated above.
>
> VTY, Jim Jellison

--

**SEAN WOODS**

PARTNER

MILLS + WOODS LAW PLLC

5055 N. 12th St.
Suite 101
Phoenix, Arizona 85014
d: 480.999.4557

f: 480.999.4557

swoods@millsandwoods.com

This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments

is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.

# EXHIBIT 2



Ben Dangerfield &lt;bdangerfield@millsandwoods.com&gt;

# Re: Adams Lawsuit
1 message

**Ben Dangerfield** &lt;bdangerfield@millsandwoods.com&gt;   Wed, Aug 28, 2024 at 10:37 AM
To: Jim Jellison &lt;jim@jellisonlaw.com&gt;
Cc: Valerie Hall &lt;valerie@jellisonlaw.com&gt;, Alex Wasko &lt;Alex@jellisonlaw.com&gt;, Sean Woods &lt;swoods@millsandwoods.com&gt;

Good morning, Jim –

Attached, for your signature, are Waivers of Service for Joshua Condra and the other police officer Defendants in the case.

The CIty has already been served. Also attached is a copy of the Affidavit.

Also attached is a copy of the Complaint.

Please sign and return the Waivers before September 5, as that is the service deadline.  Thank you for your anticipated cooperation.

Regards,


Benjamin Dangerfield
Litigation Paralegal
Mills + Woods Law, PLLC
email:  bdangerfield@millsandwoods.com
phone & fax: 480-566-8319


> On Mon, Aug 26, 2024 at 4:19 PM Sean Woods &lt;swoods@millsandwoods.com&gt; wrote:
>> I called off the process server. We can do waivers and acceptances for everyone if that works for you?
>>
>> On Mon, Aug 26, 2024 at 3:35 PM Jim Jellison &lt;jim@jellisonlaw.com&gt; wrote:
>>>
>>> Sean –
>>>
>>>
>>>
>>> I will be representing everyone.   Do you have affidavits of service for all that have been served so I can make sure to have it all calendared correctly.   Not sure if you want me to do a waiver for Condra?  I don't understand there to have been the kind of personal exchange and refusal that you have described, but I am okay with buttoning up the service part of thing with the waiver so we can move the case forward.   Also (if we haven't asked already), can I please get any affidavits of service for the three NOCs on the individual Defendants?

Thanks, Jim

---

**From:** Sean Woods <swoods@millsandwoods.com>
**Sent:** Monday, August 26, 2024 3:25 PM
**To:** Jim Jellison <jim@jellisonlaw.com>; Ben Dangerfield <bdangerfield@millsandwoods.com>
**Cc:** Valerie Hall <valerie@jellisonlaw.com>; Alex Wasko <Alex@jellisonlaw.com>
**Subject:** Re: Adams Lawsuit

Jim -

That was a mistake. It is my understanding that our process server has since tried to serve him at the Sheriff's Office at least once and at his home address seven times. Condra has actively evaded service - refusing to answer the door, and even speeding away in his car from our process server after our server identified himself. We will have affidavits of attempted and final service to file and potentially request costs against Condra for his clear evasion. We also consider the last interaction to be personal service as it was at Condra's personal address and despite being offered the documents, he refused to take them. My process server then left the documents on the doorstep.

With that said, are you handling the representation of everyone else? It is my belief they are being served already, just making sure.

Thank you,

On Mon, Aug 26, 2024 at 3:16 PM Jim Jellison <jim@jellisonlaw.com> wrote:

> Good afternoon Sean:
>
> My understanding is that Michael Boone is trying to serve Josh Condra, who no longer works with LHCPD.   My understanding is that no personal service has occurred.  I am authorized to execute a waiver and acceptance of service on behalf of Mr. Condra.  My office can draft that up, and I can sign it, and send to you by tomorrow.   That way, Mr. Boone need not make further efforts at service.  Also, Mr. Condra is not married now, and was not married at the time of the incident.
>
> Let me know if you would like me to proceed as indicated above.

> VTY, Jim Jellison

--

**SEAN WOODS**

PARTNER

MILLS + WOODS LAW PLLC
5055 N. 12th St.
Suite 101
Phoenix, Arizona 85014
d: 480.999.4557

f: 480.999.4557

swoods@millsandwoods.com

This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.

--
**SEAN WOODS**
PARTNER
MILLS + WOODS LAW PLLC
5055 N. 12th St.
Suite 101
Phoenix, Arizona 85014
d: 480.999.4557
f: 480.999.4557
swoods@millsandwoods.com

This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.

**11 attachments**

- 📄 **240828 - Aaron Phoenix Waiver.pdf**
  269K
- 📄 **240828 - Chad Graybeal Waiver.pdf**
  264K
- 📄 **240828 - Cameron Hollis Waiver.pdf**
  269K
- 📄 **240828 - Clint Wilcox Waiver.pdf**
  269K
- 📄 **240828 - Dana Peterson Waiver.pdf**
  269K
- 📄 **240828 - Danielle Banuelos Waiver.pdf**
  269K
- 📄 **240828 - Preston Pearce Waiver.pdf**
  269K
- 📄 **240828 - Julio Flores Waiver.pdf**
  269K
- 📄 **240828 - Joshua Condra Waiver.pdf**
  269K
- 📄 **Doc 1 - 240607 - Pls Compl.pdf**
  332K
- 📄 **Doc 6 - 240821 - Aff Serv City of Lake Havasu.pdf**
  372K

# EXHIBIT 3



**Ben Dangerfield <bdangerfield@millsandwoods.com>**

## Adams v. LHC; Service Issues
1 message

**Jim Jellison** <jim@jellisonlaw.com>   Tue, Sep 3, 2024 at 9:44 AM
To: "swoods@millsandwoods.com" <swoods@millsandwoods.com>
Cc: Ben Dangerfield <bdangerfield@millsandwoods.com>, Valerie Hall <valerie@jellisonlaw.com>, Alex Wasko <Alex@jellisonlaw.com>

Good morning Sean and Ben:

I think there was a miscommunication about the service issue between Sean and myself.   When I emailed about service, I was only speaking about Condra since he is a former LHC employee and I understood there were some difficulties serving him.   I did not have any understanding about difficulties with any other LHC employees, and did not (and do not) have authorization to accept service for anyone other than Condra.   We can reach out to the others and see which ones will provide that authorization.   I do not see that happening by Sept. 5 though.   My intent is not to bunch you guys up, but I cannot accept service without actual consent.   If you want to request additional time to serve or obtain waivers, please let me know and, of course, you can state that I do not oppose a reasonable extension to serve.


Sorry for any confusion.


VTY, Jim Jellison

# EXHIBIT 4



Ben Dangerfield <bdangerfield@millsandwoods.com>

## Adams v. LHC; Service Issues
1 message

**Valerie Hall** <valerie@jellisonlaw.com>　　　　　　　　　　　　　　　Wed, Sep 25, 2024 at 12:32 PM
To: Ben Dangerfield <bdangerfield@millsandwoods.com>
Cc: Jim Jellison <jim@jellisonlaw.com>, "swoods@millsandwoods.com" <swoods@millsandwoods.com>, Alex Wasko <Alex@jellisonlaw.com>, Rebecca Craft <rebecca@jellisonlaw.com>

Good afternoon, Ben!

Please forgive my delay in responding.

We have not received approval to accept service on behalf of:

1. Clint Wilcox;
2. Dana Peterson;
3. Danielle Banuelos; and
4. Preston Pearce.

Also, we are not opposed to a 21-day extension.

Please reach out with any other questions or concerns.

Thank you!

### Valerie Hall | Paralegal
### Jellison Law Offices, PLLC

**Address:**

18801 N.Thompson Peak Parkway

Suite D235

Scottsdale, AZ 85255

Office (480) 659-4233

Cell (570) 840-0453

**IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.**

---

**From:** Ben Dangerfield <bdangerfield@millsandwoods.com>
**Sent:** Wednesday, September 25, 2024 11:06 AM
**To:** Valerie Hall <valerie@jellisonlaw.com>
**Cc:** Jim Jellison <jim@jellisonlaw.com>; swoods@millsandwoods.com; Alex Wasko <Alex@jellisonlaw.com>
**Subject:** Re: Adams v. LHC; Service Issues

Good morning, Valerie –

Any progress on getting agreement from any of the remaining unserved Defendants (Julio Flores, Clint Wilcox, Danielle Banuelos, Corporal Dana Peterson, and Preston Pearce) to waive service?

Also, we need to get an extension request on file. Assuming we file that in the next day or two, is attorney Jellison still not opposed to a 21 day extension, calculated from the date of the Order of extension?

Regards,

Benjamin Dangerfield

Litigation Paralegal

Mills + Woods Law, PLLC

email: bdangerfield@millsandwoods.com

phone & fax: 480-566-8319

On Wed, Sep 4, 2024 at 9:48 AM Valerie Hall <valerie@jellisonlaw.com> wrote:

> Good morning, Ben,
>
> Attorney Jellison is fine with a 3-week extension for service.
>
> Thank you.
>
> **Valerie Hall | Paralegal**
> **Jellison Law Offices, PLLC**
>
> **Address:**
>
> 18801 N.Thompson Peak Parkway
>
> Suite D235
>
> Scottsdale, AZ 85255
>
> Office (480) 659-4233
>
> Cell (570) 840-0453
>
> **IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.**

**From:** Ben Dangerfield <bdangerfield@millsandwoods.com>
**Sent:** Tuesday, September 3, 2024 2:59 PM
**To:** Jim Jellison <jim@jellisonlaw.com>
**Cc:** swoods@millsandwoods.com; Valerie Hall <valerie@jellisonlaw.com>; Alex Wasko <Alex@jellisonlaw.com>
**Subject:** Re: Adams v. LHC; Service Issues

Good afternoon, Jim –

You say we can request additional time and state that you do not oppose a reasonable extension. Can we say you do not oppose an additional three weeks?

Benjamin Dangerfield

Litigation Paralegal

Mills + Woods Law, PLLC

email: bdangerfield@millsandwoods.com

phone & fax: 480-566-8319

On Tue, Sep 3, 2024 at 9:44 AM Jim Jellison <jim@jellisonlaw.com> wrote:

> Good morning Sean and Ben:
>
> I think there was a miscommunication about the service issue between Sean and myself. When I emailed about service, I was only speaking about Condra since he is a former LHC employee and I understood there were some difficulties serving him. I did not have any understanding about difficulties with any other LHC employees, and did not (and do not) have authorization to accept service for anyone other than Condra. We can reach out to the others and see which ones will provide that authorization. I do not see that happening by Sept. 5 though. My intent is not to bunch you guys up, but I cannot accept service without actual consent. If you want to request

additional time to serve or obtain waivers, please let me know and, of course, you can state that I do not oppose a reasonable extension to serve.

Sorry for any confusion.

VTY, Jim Jellison