IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, et al., | No. CV-24-08112-PCT-MTL (ESW) |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Lake Havasu, et al., | |
| Defendants. | |

The Court has considered Plaintiffs' Unopposed Motion to Extend Time for Service (Doc. 13). There being no objection by Defendants, and good cause appearing,

IT IS ORDERED granting Plaintiffs' Unopposed Motion to Extend Time for Service (Doc. 13).

IT IS FURTHER ORDERED extending the time within which service of process may be accomplished to **October 11, 2024**.

Dated this 27th day of September, 2024.

Honorable Eileen S. Willett
United States Magistrate Judge