Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, an individual; Rebekah Adams, an individual; and, Noah Adams, an individual, <br><br> Plaintiffs <br><br> vs. <br><br> City of Lake Havasu, a governmental entity; Chad T. Graybeal and Jane Doe Graybeal, a married couple; Julio Flores and Jane Doe Flores, a married couple; Joshua R. Condra and Jane Doe Condra, a married couple; Clint Wilcox and Jane Doe Wilcox, a married couple; Danielle Banuelos and John Doe Banuelos, a married couple; Corporal Dana Peterson and Jane Doe Peterson, a married couple; Cameron Hollis and Jane Doe Hollis, a married couple; Aaron Phoenix and Jane Doe Phoenix, a married couple; Preston Pearce and Jane Doe Pearce, a married couple, and; John and Jane Does I-X, <br><br> Defendants. | No.: CV-24-08112-PCT-MTL (ESW) <br><br> **PROOFS OF SERVICE OF REMAINING OFFICER DEFENDANTS** <br><br> (Assigned to the Honorable Michael T. Liburdi and referred to the Honorable Eileen S. Willett for all pretrial proceedings) |

Through undersigned counsel and pursuant to Federal Rule of Civil Procedure 4(l), Plaintiffs hereby present for filing the attached Proofs of Service of Defendants Danielle Banuelos, Preston Pearce, Clint Wilcox, Julio Flores, and Dana Peterson.

**RESPECTFULLY SUBMITTED** this 10th day of October 2024.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison, Esq.
jim@jellisonlaw.com
**JELLISON LAW OFFICES, PLLC**
admin@jellisonlaw.com
18801 N Thompson Peak Parkway, Ste. D235
Scottsdale, AZ 85255
*Attorney for Served Defendants*

    */s/ Ben Dangerfield*

2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 24-08112-PCT-MTL (ESW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DANIELLE BANUELOS**
was received by me on *(date)* **9/27/24**.

☒ I personally served the summons on the individual at *(place)* **1316 W 9th ST PARKER AZ 85344** on *(date)* **10-4-2024**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **75.00** for travel and $ **X** for services, for a total of $ **75.000**.

I declare under penalty of perjury that this information is true.

Date: **10-4-2024**

*Server's signature* **JM Boone**

*Printed name and title* **JM BOONE   MCSCRPS 20230004**

*Server's address* **901 N. LAKE HAVASU Ave #102 Lake HAVASU CITY AZ 86403**

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV 24-08112-PCT-MTL (ESW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **PRESTON PEARCE**
was received by me on *(date)* **9/27/2024**.

☒ I personally served the summons on the individual at *(place)* **LAKE HAVASU CITY POLICE DEPARTMENT** on *(date)* **10/8/2024**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **75.00** for travel and $ **0** for services, for a total of $ **75.00**.

I declare under penalty of perjury that this information is true.

Date: **10/8/2024**

*JM Boone*
Server's signature

**J.M. BOONE       MCSC 2023-00464**
Printed name and title

**901 N Lake Havasu Ave #102
Lake Havasu City, AZ 86403
702-682-1925**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 24-08112-PCT-MTL (ESW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CLINT WILCOX
was received by me on *(date)* 9/27/24 .

☒ I personally served the summons on the individual at *(place)* LAKE HAVASU CITY POLICE DEPT on *(date)* 10/3/24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 75.00 for travel and $ — for services, for a total of $ $75.00.

I declare under penalty of perjury that this information is true.

Date: 10/3/24

JMBoone
Server's signature

JMBoone   MCSC-RPS-2023-00004
Printed name and title

901 N. Lake Havasu Ave #102
Lake Havasu City, AZ 86403
Server's address
702-682-1925

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 24-08112-PCT-MTL (ESW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JULIO FLORES

was received by me on *(date)* 9/27/24.

☒ I personally served the summons on the individual at *(place)* LAKE HAVASU CITY POLICE DEPT. on *(date)* 10/3/2024; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 75.00 for travel and $ 0 for services, for a total of $ $75.00.

I declare under penalty of perjury that this information is true.

Date: 10/3/24

*Server's signature*

JM. Boone   MCSC RPS-2023-00004
*Printed name and title*

901 N. Lake Havasu Ave #102
*Server's address*
Lake Havasu City, AZ 86403

Additional information regarding attempted service, etc:
Lake Havasu City AZ
702-682-1925

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 24-08112-PCT-MTL (ESW)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DANA PETERSON

was received by me on *(date)* 9/27/24.

☒ I personally served the summons on the individual at *(place)* LAKE HAVASU CITY POLICE DEPARTMENT on *(date)* 10/3/24; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 75.00 for travel and $ — for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 10/3/24

*JM Boone*
Server's signature

JM Boone   MCSC-2023-00004
Printed name and title

901 N Lake Havasu Ave #102
Lake Havasu City, AZ 86403
Server's address

Additional information regarding attempted service, etc: 702-682-1925