**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone: (480) 659-4233
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ.  #012763
*Attorney for Defendants Lake Havasu City, Chad T. Graybeal, Julio Flores, Joshua R. Condra, Clint Wilcox, Danielle Banuelos, Dana Peterson, Cameron Hollis, Aaron Phoenix and Preston Pearce*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, an individual; Rebekah Adams, an individual; and, Noah Adams, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Lake Havasu City, a governmental entity; Chad T. Graybeal and Jane Doe Graybeal, a married couple; Julio Flores and Jane Doe Flores, a married couple; Joshua R. Condra and Jan Doe Condra, a married couple; Clint Wilcox and Jane Doe Wilcox, a married couple; Danielle Banuelos and John Doe Banuelos, a married couple, Corporal Dana Peterson and Jane Doe Peterson, a married couple; Cameron Hollis and Jane Doe Hollis, a married couple, Aaron Phoenix and Jane Doe Phoenix, a married couple, Preston Pearce and Jane Doe Pearce, a married couple; and John and Jane Does I-X,<br><br>Defendants. | Case No.: 3:24-cv-08112-MTL--ESW<br><br>**STIPULATED MOTION FOR DEFENDANTS CLINT WILCOX, DANA PETERSON, DANIELLE BANUELOS, JULIO FLORES AND PRESTON PEARCE TO ANSWER OR RESPOND OTHERWISE TO PLAINTIFFS' COMPLAINT BY OCTOBER 28, 2024** |

1

Plaintiffs and Defendants, through undersigned counsel, hereby file this Stipulated Motion seeking to defer Defendants Clint Wilcox, Dana Peterson, Danielle Banuelos, Julio Flores and Preston Pearce's answer or other response to Plaintiffs' Complaint until October 28, 2024.  The current deadline for Defendants Clint Wilcox, Dana Peterson, Danielle Banuelos, Julio Flores and Preston Pearce to answer or respond otherwise to Plaintiffs' Complaint is October 24, 2024.  The parties request that all Defendants answer or respond otherwise to Plaintiffs' Complaint on or before October 28, 2024.  October 28, 2024 is the current deadline for Defendants Lake Havasu City, Chad Graybeal, Aaron Phoenix, Cameron Hollis and Joshua R. Condra to answer or respond otherwise to Plaintiffs' Complaint.  This will allow all Defendants to answer or respond otherwise to Plaintiffs' Complaint on the same date and will streamline all court filings going forward.

The parties agree there is good cause for such a deferral, and that an order effecting this Stipulated Motion is attached hereto as Exhibit "A".  This request is not made to cause undue delay.

**DATED** this 22nd day of October, 2024.

**JELLISON LAW OFFICES, PLLC**

By: s/ *Jim Jellison*
James M. Jellison, Esq.
*Attorney for Defendants Lake Havasu City, Chad T. Graybeal, Julio Flores, Joshua R. Condra, Clint Wilcox, Danielle Banuelos, Dana Peterson, Cameron Hollis, Aaron Phoenix and Preston Pearce*

**MILLS + WOODS LAW, PLLC**
By: s/ *Sean Woods*

                                        Sean A. Woods, Esq
                                        Robert T. Mills, Esq.
                                        *Attorneys for Plaintiffs*

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on October 22, 2024, I electronically transmitted the attached document to the Clerk's office using the ECF filing system for filing and transmittal of a Notice of Electronic filing to the following registrants:

Sean A. Woods, Esq.
Robert T. Mills, Esq.
Mills + Woods Law, PLLC
5055 North 12th Street
Suite 101
Phoenix, AZ 85014

s/ *Valerie Hall*