UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, an individual; Rebekah Adams, an individual; and, Noah Adams, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Lake Havasu City, a governmental entity; Chad T. Graybeal and Jane Doe Graybeal, a married couple; Julio Flores and Jane Doe Flores, a married couple; Joshua R. Condra and Jan Doe Condra, a married couple; Clint Wilcox and Jane Doe Wilcox, a married couple; Danielle Banuelos and John Doe Banuelos, a married couple, Corporal Dana Peterson and Jane Doe Peterson, a married couple; Cameron Hollis and Jane Doe Hollis, a married couple, Aaron Phoenix and Jane Doe Phoenix, a married couple, Preston Pearce and Jane Doe Pearce, a married couple; and John and Jane Does I-X,<br><br>Defendants. | Case No.: 3:24-cv-08112-MTL--ESW<br><br>**[PROPOSED] ORDER** |

//

//

1

1  Pursuant to the Parties' Stipulated Motion for all Defendants to answer or respond otherwise to Plaintiffs' Complaint on or before October 28, 2024, and for good cause appearing,

IT IS HEREBY ORDERED, said Motion is GRANTED allowing all Defendants to answer or respond otherwise to Plaintiffs' Complaint on or before October 28, 2024.

DATED this ___ day of October, 2024

_____