IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, et al., | No. CV-24-08112-PCT-MTL (ESW) |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Lake Havasu, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulated Motion (Doc. 16) requesting an extension of the deadline to answer or otherwise respond to Plaintiff's Complaint. For good cause shown,

**IT IS ORDERED** granting the parties' Stipulated Motion (Doc. 16). The deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended to **October 28, 2024**.

Dated this 25th day of October, 2025.

Eileen S. Willett
United States Magistrate Judge