**JELLISON LAW OFFICES, PLLC**
18801 N. Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone: (480) 659-4233
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, an individual; Rebekah Adams, an individual; and, Noah Adams, an individual, <br><br> Plaintiffs <br><br> vs. <br><br> City of Lake Havasu, a governmental entity; Chad T. Graybeal and Jane Doe Graybeal, a married couple; Julio Flores and Jane Doe Flores, a married couple; Joshua R. Condra and Jane Doe Condra, a married couple; Clint Wilcox and Jane Doe Wilcox, a married couple; Danielle Banuelos and John Doe Banuelos, a married couple; Corporal Dana Peterson and Jane Doe Peterson, a married couple; Cameron Hollis and Jane Doe Hollis, a married couple; Aaron Phoenix and Jane Doe Phoenix, a married couple; Preston Pearce and Jane Doe Pearce, a married couple, and; John and Jane Does I-X, <br><br> Defendants. | No.: CV-24-08112-PCT-MTL (ESW) <br><br> **NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURE STATEMENT** |

Defendants, through undersigned counsel, give notice that they have served their Initial Disclosure Statement on Plaintiffs' attorney by email on this date.

DATED this 17th day of December, 2024.

1

JELLISON LAW OFFICES, PLLC

*s/ James M. Jellison*
James M. Jellison, Esq.
*Attorney for Defendants*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on December 17, 2024 I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal to the following registrants:

Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

s/ *Valerie Hall*

2