**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D-235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
 Counsel for Defendants

### IN THE UNITED STATES DISTRICT COURT

### FOR THE STATE OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, et al., | Case No. CV-24-08112-PCT-MTL (ESW) |
| Plaintiffs, | **STIPULATED MOTION TO EXTENDD TIME TO RESPOND TO DISCOVERY REQUESTS** |
| v. | |
| City of Lake Havasu, et al., | **AND EXPERT-RELATED DEADLINES** |
| Defendants. | |

The Parties, Defendants Lake Havasu City, Chad T. Graybeal, Julio Flores, Joshua R. Condra, Clint Wilcox, Danielle Banuelos, Dana Peterson, Cameron Hollis, Aaron Phoenix and Preston Pearce (collectively the "Defendants") and Plaintiffs David Hezekiah Adams, Rebekah Adams and Noah Adamas (the "Plaintiffs"), by and through their respective counsel undersigned, hereby submit their Stipulated Motion to Extend Time to Respond to Plaintiffs' Request for Production of Documents and Interrogatories and Expert-Related Deadlines.

Defendants respectfully request an additional thirty (30) days in which to submit their Responses to Plaintiffs' Discovery Requests making the new deadline May 23, 2025. Due to the voluminous amounts of data and information, Defendants are diligently working with their various departments and IT for the collection of the information sought, however more time is needed in order to prepare full and complete responses. Plaintiffs do not oppose

this extension request.

Additionally, Plaintiffs and Defendants also stipulate and agree to the extension of the following expert deadlines in this action: for Plaintiffs to provide full and complete expert disclosures, until no later than August 11, 2025; for Defendants to provide full and complete expert disclosures, until no later than September 29, 2025; for rebuttal expert disclosures, until no later than November 17, 2025, and; to complete expert depositions, until no later than December 15, 2025.

A proposed form of Order is attached hereto as Exhibit A.

This extension is not brought with the intent of delaying this litigation.

RESPECTFULLY SUBMITTED this 23rd day of April, 2025.

                    JELLISON LAW OFFICES, PLLC

                    s/ *James M. Jellison*
                    James M. Jellison, Esq.
                    *Counsel for Defendants*

                    MILLS + WOODS LAW, PLLC

                    s/ *Sean A. Woods* (w/permission)
                    Sean A. Woods
                    *Counsel for Defendants*

## CERTIFICATE OF FILING & SERVICE

I hereby certify that on April 23, 2025. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants:

Robert T. Mills, Esq.
Sean A. Woods, Esq.
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
T: 480.999.4556
E: docket@millsandwoods.com
E: swoods@millsandwoods.com
 *Attorneys for Plaintiffs*


By: s/ *Rebecca L. Craft*

3