**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D-235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
 *Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, et al., | Case No. CV-24-08112-PCT-MTL (ESW) |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Lake Havasu, et al., | |
| Defendants. | |

The Court has considered the parties' Stipulated Motion for Extension of Time to Respond to Plaintiffs' Discovery Requests and Expert-Related Deadlines. Good cause appearing,

**IT IS ORDERED**, granting the Stipulated Motion for Extension of Time to Respond to Plaintiffs' Discovery Requests and Expert-Related Deadlines.

**IT IS FURTHER ORDERED,** Defendants shall respond to Plaintiffs' discovery requests no later than May 23, 2025.

**IT IS FURTHER ORDERED,** extending the following expert-related deadlines thereby amending the Case Management Order to provide that:

**A.     Expert Disclosure**

  1.     Plaintiffs shall provide full and complete expert disclosure due no later than **August 11, 2025**;

  2. Defendants shall provide full and complete expert disclosures due no later than **September 29, 2025**; and

  3. Rebuttal expert disclosures shall be made no later than **November 17, 2025**.

**B.** **Expert Depositions**

Expert depositions shall be completed no later than **December 15, 2025**.

DATED this ___ day of April, 2025.

                _____
                Honorable Eileen S. Willett
                United States Magistrate Judge