# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>City of Lake Havasu, et al.,<br><br>Defendants. | No. CV-24-08112-PCT-MTL (ESW)<br><br>**ORDER** |

The Court has considered the parties' Stipulated Motion to Extend Time to Respond to Discovery Requests and Expert-Related Deadlines (Doc. 25). Good cause appearing,

IT IS ORDERED granting the Stipulated Motion to Extend Time to Respond to Discovery Requests and Expert-Related Deadlines (Doc. 25).

IT IS FURTHER ORDERED that Defendants shall respond to Plaintiffs' discovery requests no later than **May 23, 2025**.

IT IS FURTHER ORDERED extending deadlines as follows:

| | |
|---|---|
| Plaintiffs' expert disclosure | **August 11, 2025** |
| Defendants' expert disclosure | **September 29, 2025** |
| Rebuttal expert disclosure | **November 17, 2025** |
| Expert depositions | **December 15, 2025** |

Dated this 24th day of April, 2025.

Honorable Eileen S. Willett
United States Magistrate Judge