Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, an individual; Rebekah Adams, an individual; and, Noah Adams, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>City of Lake Havasu, a governmental entity; Chad T. Graybeal and Jane Doe Graybeal, a married couple; Julio Flores and Jane Doe Flores, a married couple; Joshua R. Condra and Jane Doe Condra, a married couple; Clint Wilcox and Jane Doe Wilcox, a married couple; Danielle Banuelos and John Doe Banuelos, a married couple; Corporal Dana Peterson and Jane Doe Peterson, a married couple; Cameron Hollis and Jane Doe Hollis, a married couple; Aaron Phoenix and Jane Doe Phoenix, a married couple; Preston Pearce and Jane Doe Pearce, a married couple, and; John and Jane Does I-X,<br><br>Defendants. | No.: CV-24-08112-PCT-MTL (ESW)<br><br>**PLAINTIFFS' MOTION TO EXTEND GOOD FAITH SETTLEMENT DEADLINES**<br><br>(FIRST REQUEST)<br><br>(Assigned to the Honorable Michael T. Liburdi and referred to the Honorable Eileen S. Willett for all pretrial proceedings) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiffs hereby respectfully move to briefly extend the deadlines to meet in person and engage in good faith settlement talks and to file a Joint Report on same, until up to and including May 30, 2025.

Good cause exists for such extension, as due to Plaintiffs' counsel's schedule – including but not limited to the fact that counsel is in the midst of trial preparation in another case – an in-person meeting has not yet been able to be scheduled. However, counsel expects to be able to meet with Defendants' counsel in the next few days. Both counsel have previously discussed the possibility of settlement informally via telephone. Accordingly, Plaintiffs respectfully request a brief extension of the deadlines set forth above until up to and including May 30, 2025, as reflected in the accompanying [Proposed] Order.

**RESPECTFULLY SUBMITTED** this 22nd day of May 2025.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James M. Jellison, Esq.
jim@jellisonlaw.com
**JELLISON LAW OFFICES, PLLC**
admin@jellisonlaw.com
18801 N Thompson Peak Parkway, Ste. D235
Scottsdale, AZ 85255
*Attorney for Defendants*

   */s/ Ben Dangerfield*

2