Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| David Hezekiah Adams, an individual; Rebekah Adams, an individual; and, Noah Adams, an individual,<br><br>　　　　　　　　Plaintiffs<br><br>　　vs.<br><br>City of Lake Havasu, a governmental entity; Chad T. Graybeal and Jane Doe Graybeal, a married couple; Julio Flores and Jane Doe Flores, a married couple; Joshua R. Condra and Jane Doe Condra, a married couple; Clint Wilcox and Jane Doe Wilcox, a married couple; Danielle Banuelos and John Doe Banuelos, a married couple; Corporal Dana Peterson and Jane Doe Peterson, a married couple; Cameron Hollis and Jane Doe Hollis, a married couple; Aaron Phoenix and Jane Doe Phoenix, a married couple; Preston Pearce and Jane Doe Pearce, a married couple, and; John and Jane Does I-X,<br><br>　　　　　　　　Defendants. | No.: CV-24-08112-PCT-MTL (ESW)<br><br>**[PROPOSED] ORDER EXTENDING GOOD FAITH SETTLEMENT DEADLINES**<br><br>(Assigned to the Honorable Michael T. Liburdi and referred to the Honorable Eileen S. Willett for all pretrial proceedings) |

THE COURT, having reviewed "Plaintiffs' Motion to Extend Good Faith Settlement Deadlines" (the "Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that the parties shall have until up to and including May 30, 2025 to meet in person and engage in good faith settlement talks and to file a Joint Report on same.

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556