**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D-235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
*Counsel for Lake Havasu City, Chad T. Graybeal, Julio Flores, Joshua R. Condra, Clint Wilcox, Danielle Banuelos, Dana Peterson, Cameron Hollis, Aaron Phoenix and Preston Pearce*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF ARIZONA

| David Hezekia Adams, et al., | Case No. CV-24-08112-PCT-MTL (ESW) |
|---|---|
| Plaintiffs, | **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND GOOD FAITH SETTLEMENT DEADLINES** |
| v. | |
| City of Lake Havasu, et al., | |
| Defendants. | **DEFENDANTS' ALTERNATIVE MOTION FOR SETTLEMENT CONFERENCE** |
| | [Doc. 27] |

Defendants Lake Havasu City, Chad T. Graybeal, Julio Flores, Joshua R. Condra, Clint Wilcox, Danielle Banuelos, Dana Peterson, Cameron Hollis, Aaron Phoenix and Preston Pearce (collectively referred to herein as the "Defendants"), by and through counsel undersigned, hereby submit their Response in Opposition to Plaintiffs' Motion to Extend Good Faith Settlement Deadlines (Doc. 27).

Plaintiffs' Motion seeks to extend a deadline that has already passed. Prior to that deadline – May 15, 2025 – informal discussions regarding settlement (not held "in-person") occurred between counsel with a significant difference in opinion regarding liability, damages, and, thus, settlement. Defendants oppose the extension, not just because the

deadline came and went, but because the discussions that were informally held were simply not productive. Accordingly, Defendants ask this Court to not extend the deadline for "in-person" discussions as outlined in the Court's Scheduling Order but to, instead, set a formal settlement conference before a U.S. Magistrate Judge.

DATED this 23rd day of May, 2025.

JELLISON LAW OFFICES, PLLC

s/ *James M. Jellison*
James M. Jellison, Esq.
*Counsel for Lake Havasu City, Chad T. Graybeal, Julio Flores, Joshua R. Condra, Clint Wilcox, Danielle Banuelos, Dana Peterson, Cameron Hollis, Aaron Phoenix and Preston Pearce*

**CERTIFICATE OF FILING & SERVICE**

I hereby certify that on May 23, 2025. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants:

Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
5055 North 12th Street
Suite 101
Phoenix, Arizona 85014
T: 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
  *Counsel for Plaintiffs*


By: s/ *Rebecca L. Craft*

3