**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D-235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
*Counsel for Lake Havasu City, Chad T. Graybeal, Julio Flores, Joshua R. Condra, Clint Wilcox, Danielle Banuelos, Dana Peterson, Cameron Hollis, Aaron Phoenix and Preston Pearce*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ARIZONA**

| | |
|---|---|
| David Hezekia Adams, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>City of Lake Havasu, et al.,<br><br>Defendants. | Case No. CV-24-08112-PCT-MTL (ESW)<br><br>**NOTICE OF SERVICE OF DISCOVERY RESPONSES**<br><br>[Doc. 26] |

Defendants Lake Havasu City, Chad T. Graybeal, Julio Flores, Joshua R. Condra, Clint Wilcox, Danielle Banuelos, Dana Peterson, Cameron Hollis, Aaron Phoenix and Preston Pearce (collectively referred to herein as the "Defendants"), through undersigned counsel, have served their Responses to Plaintiff's First Set of Request for Production of Documents and Interrogatories.

DATED this 23rd day of May, 2025.

JELLISON LAW OFFICES, PLLC

s/ James M. Jellison
James M. Jellison, Esq.
*Counsel for Lake Havasu City, Graybeal, Flores, Condra, Wilcox, Banuelos, Peterson, Hollis, Phoenix and Pearce*

**CERTIFICATE OF FILING & SERVICE**

I hereby certify that on May 23, 2025. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants:

Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
5055 North 12th Street
Suite 101
Phoenix, Arizona 85014
T: 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Counsel for Plaintiffs*

By: s/ Rebecca L. Craft