# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, et al., | No. CV-24-08112-PCT-MTL (ESW) |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Lake Havasu, et al., | |
| Defendants. | |

The Court has reviewed Plaintiffs' "Motion to Extend Good Faith Settlement Deadlines" (Doc. 27) and Defendants' Response (Doc. 28). Plaintiffs have not filed a Reply and the time to do so has passed.

**IT IS ORDERED** granting Plaintiffs' Motion (Doc. 27) in part. In lieu of extending the deadline for in-person settlement talks, the case is referred to a United States Magistrate Judge for a settlement conference.

**IT IS FURTHER ORDERED** referring the case to Magistrate Judge Michael T. Morrissey (by random draw) for a settlement conference to mediate the disputes between the parties. Within five days from the date of this Order, counsel shall initiate a joint conference call to Judge Morrissey's chambers at (602) 322-7680 to schedule a settlement conference.

Dated this 3rd day of June, 2025.

Honorable Eileen S. Willett
United States Magistrate Judge