**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone: (480) 659-4233
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ.  #012763
*Attorney for Defendants Lake Havasu City, Chad T. Graybeal and Jane Doe Graybeal, Julio Flores and Jane Doe Flores, Joshua R. Condra and Jane Doe Condra, Clint Wilcox and Jane Doe Wilcox, Danielle Banuelos and John Doe Banuelos, Corporal Dana Peterson and Jane Doe Peterson, Cameron Hollis and Jane Doe Hollis, Aaron Phoenix and Jane Doe Phoenix, Preston Pearce and Jane Doe Pearce*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ARIZONA**

| | |
|---|---|
| David Hezekiah Adams, an individual; Rebekah Adams, an individual, and, Noah Adams, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Lake Havasu City, a governmental entity; Chad T. Graybeal and Jane Doe Graybeal, a married couple; Julio Flores and Jane Doe Flores, a married couple; Joshua R. Condra and Jane Doe Condra, a married couple, Clint Wilcox and Jane Doe Wilcox, a married couple; Danielle Banuelos and John Doe Banuelos, a married couple; Corporal Dana Peterson and Jane Doe Peterson, a married couple; Cameron Hollis and Jane Doe Hollis, a married couple, Aaron Phoenix and Jane Doe Phoenix, a married couple; Preston Pearce and Jane Doe Pearce, a married couple, and John and Jane Does I – X, | Case No.: 3:24-cv-08112-MTL-ESW<br><br>**DEFENDANTS' NOTICE OF SERVICE OF:**<br><br>**1. FIRST NON-UNIFORM INTERROGATORIES TO PLAINTIFFS DAVID HEZEKIAH ADAMS, NOAH ADAMS AND REBEKAH ADAMS;**<br><br>**2. FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS DAVID HEZEKIAH ADAMS, NOAH ADAMS AND REBEKAH ADAMS; AND**<br><br>**3. FIRST REQUEST FOR ADMISSION TO PLAINTIFFS DAVID HEZEKIAH ADAMS, NOAH ADAMS AND REBEKAH ADAMS.** |

|   | Defendants. |   |
|---|---|---|

Defendants hereby give notice that they have served the following on Plaintiffs' attorneys by email on this date:

1. First Non-Uniform Interrogatories ;

2. Request for Production of Documents; and

3. First Request for Admission and Interrogatory.

DATED this 23rd day of June, 2025.

                                                JELLISON LAW OFFICES, PLLC

                                                By: s/ *James M. Jellison*
                                                James M. Jellison, Esq.
                                                *Attorney for Defendants Lake Havasu City, Chad T. Graybeal and Jane Doe Graybeal, Julio Flores and Jane Doe Flores, Joshua R. Condra and Jane Doe Condra, Clint Wilcox and Jane Doe Wilcox, Danielle Banuelos and John Doe Banuelos, Corporal Dana Peterson and Jane Doe Peterson, Cameron Hollis and Jane Doe Hollis, Aaron Phoenix and Jane Doe Phoenix, Preston Pearce and Jane Doe Pearce*

<u>CERTIFICATE OF MAILING</u>

I hereby certify that on June 23rd, 2025 I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrant:

1  Robert T. Mills
2  Sean A. Woods
   Mills + Woods Law, PLC
3  5055 North 12th Street, Suite 101
   Phoenix, AZ 85014
4
5  By: s/ *Rebecca Craft*