**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D-235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
 *Counsel for Defendants*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE STATE OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Lake Havasu, et al., <br><br> Defendants. | Case No. CV-24-08112-MTL-ESW <br><br> **STIPULATED MOTION TO EXTEND CASE DEADLINES** <br><br> (Second Request) |

  The Parties, Defendants Lake Havasu City, Chad T. Graybeal, Julio Flores, Joshua R. Condra, Clint Wilcox, Danielle Banuelos, Dana Peterson, Cameron Hollis, Aaron Phoenix and Preston Pearce (collectively the "Defendants") and Plaintiffs David Hezekiah Adams, Rebekah Adams and Noah Adams (the "Plaintiffs"), by and through their respective counsel undersigned, hereby submit their Stipulated Motion to Extend Case Deadlines in this matter (at Docs. 21 and 26) as follows.  This Stipulated Motion is based on ongoing discovery issues that the parties are attempting to resolve pursuant to this Court's Order at Doc. 21, pg. 3 of 5.  This process requires the review of voluminous amounts of documentation and the parties, after consultation, reasonably anticipate the review and following discussions will take approximately forty-five (45) days to complete.  The Parties intend to simultaneously discuss the possibility of moving the currently scheduled July 30, 2025 Settlement Conference with the assigned U.S. Magistrate in order to ensure necessary

information is exchanged before the settlement process.

Accordingly, the Parties stipulate and agree to an approximate forty-five (45) day extension of the following deadlines:

Plaintiffs' Rule 26(a)(2)(A)-(C) expert disclosure: August 11, 2025 to September 26, 2025;

Defendants' Rule 26(a)(2)(A)-(C) expert disclosure: September 29, 2025 to November 14, 2025;

Rebuttal Expert Disclosure: November 17, 2025 to January 9, 2026

Expert depositions: December 15, 2025 to January 30, 2026

Discovery Completion: November 14, 2025 to January 30, 2026

Dispositive Motions: January 9, 2026 to February 27, 2026

A proposed form of Order is attached hereto as Exhibit A.

This stipulation for deadline extension is brought in good faith and with no intent to unnecessarily delay this litigation.

RESPECTFULLY SUBMITTED this 17th day of July, 2025.

JELLISON LAW OFFICES, PLLC


s/ *James M. Jellison*
James M. Jellison, Esq.
*Counsel for Defendants*


MILLS + WOODS LAW, PLLC


s/ *Sean A. Woods (w/permission)*
Sean A. Woods
*Counsel for Defendants*

## **CERTIFICATE OF FILING & SERVICE**

I hereby certify that on July 17, 2025. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants:

Robert T. Mills, Esq.
Sean A. Woods, Esq.
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
T: 480.999.4556
E: docket@millsandwoods.com
E: swoods@millsandwoods.com
 *Attorneys for Plaintiffs*


By: s/ *Rebecca L. Craft*