**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ARIZONA**

| | |
|---|---|
| David Hezekiah Adams, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>City of Lake Havasu, et al.,<br><br>　　　　　　Defendants. | Case No. CV-24-08112-MTL-ESW<br><br>**(PROPOSED) ORDER** |

　　　　The Court has considered the parties' Stipulated Motion to Extend Case Deadlines (Doc. 33), and for good cause appearing,

　　　　**IT IS ORDERED** granting the Stipulated Motion.

　　　　**IT IS FURTHER ORDERED** that the following Rule 16 deadlines are extended as follows:

　　　　Plaintiffs' Rule 26(a)(2)(A)-(C) expert disclosure: August 11, 2025 to **September 26, 2025**;

　　　　Defendants' Rule 26(a)(2)(A)-(C) expert disclosure: September 29, 2025 to **November 14, 2025**;

　　　　Rebuttal Expert Disclosure: November 17, 2025 to **January 9, 2026;**

　　　　Expert depositions: December 15, 2025 to **January 30, 2026;**

Discovery Completion:  November 14, 2025 to **January 30, 2026;**

Dispositive Motions:  January 9, 2026 to **February 27, 2026.**

DATED: _____

Honorable Eileen S. Willett
United States Magistrate Judge
