# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, et al., | No. CV-24-08112-PCT-MTL (ESW) |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Lake Havasu, et al., | |
| Defendants. | |

The Court has considered the parties' Stipulated Motion to Extend Case Deadlines (Doc. 33). Good cause appearing,

IT IS ORDERED granting the Stipulated Motion to Extend Case Deadlines (Doc. 33).

IT IS FURTHER ORDERED extending deadlines as follows:

| | |
|---|---|
| Plaintiffs' expert disclosure | **September 26, 2025** |
| Defendants' expert disclosure | **November 14, 2025** |
| Rebuttal expert disclosure | **January 9, 2026** |
| Expert depositions | **January 30, 2026** |
| All discovery | **January 30, 2026** |
| Dispositive motions | **February 27, 2026** |

The remainder of the Joint Rule 16 Case Management Order (Doc. 21) is affirmed.

This case was filed June 7, 2024. Counsel are reminded of the Court's policy not

1  to extend the dispositive motion deadline beyond the two-year anniversary of the date of
2  commencement of an action.
3        Dated this 18th day of July, 2025.

                                              Honorable Eileen S. Willett
                                              United States Magistrate Judge