**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D-235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
  *Counsel for Lake Havasu City, Chad T. Graybeal, Julio Flores, Joshua R. Condra, Clint Wilcox, Danielle Banuelos, Dana Peterson, Cameron Hollis, Aaron Phoenix and Preston Pearce*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF ARIZONA

| | |
|---|---|
| David Hezekia Adams, et al., | Case No. 3:24-cv-08112-MTL-ESW (MTM) |
| Plaintiffs, | **JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE** |
| v. | [Doc. 31] |
| City of Lake Havasu, et al., | |
| Defendants. | |

Defendants Lake Havasu City, Chad T. Graybeal, Julio Flores, Joshua R. Condra, Clint Wilcox, Danielle Banuelos, Dana Peterson, Cameron Hollis, Aaron Phoenix and Preston Pearce (collectively referred to herein as the "Defendants") and Plaintiff David Hezekia Adams, by and through their respective undersigned counsel, respectfully move the Court to continue the Settlement Conference currently scheduled for July 30, 2025 before the United States Magistrate Judge Michael T. Morrissey.

On July 18, 2025, the Court extended the case deadlines by forty-five (45) days to allow the Parties time to resolve a pending discovery dispute (Doc. 34). The Parties believe that resolution of this dispute and the anticipated exchange of responsive documents will significantly enhance the productivity and effectiveness of the Settlement Conference.

The Parties have conferred in good faith and propose the following alternative dates

for rescheduling the Settlement Conference, subject to the Court's availability:

- September 12, 2025
- September 17, 2025

This request is made jointly, in good faith, and not for the purpose of delay. The Parties remain committed to participating in a meaningful settlement dialogue with the Court's assistance.

WHEREFORE, the Parties respectfully request that the Court vacate the July 30, 2025 Settlement Conference and reset it to one of the proposed dates listed above or another date convenient to the Court.

RESPECTFULLY SUBMITTED this 21st day of July, 2025.

JELLISON LAW OFFICES, PLLC

s/ *James M. Jellison*
James M. Jellison, Esq.
*Counsel for Lake Havasu City, Chad T. Graybeal, Julio Flores, Joshua R. Condra, Clint Wilcox, Danielle Banuelos, Dana Peterson, Cameron Hollis, Aaron Phoenix and Preston Pearce*

MILLS + WOODS LAW, PLLC

s/ *Sean A. Woods (w/permission)*
Sean A. Woods, Esq.
*Counsel for Plaintiffs*

# CERTIFICATE OF FILING & SERVICE

I hereby certify that on July 21, 2025. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants:

Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
5055 North 12th Street
Suite 101
Phoenix, Arizona 85014
T: 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
  *Counsel for Plaintiffs*


By: s/ *Rebecca L. Craft*