1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ARIZONA**

| | |
|---|---|
| David Hezekia Adams, et al., | Case No. 3:24-cv-08112-MTL-ESW (MTM) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| City of Lake Havasu, et al., | |
| Defendants. | |

The Court, having reviewed the Parties' Joint Motion to Continue Settlement Conference (Doc. 35), and for good cause shown, hereby **GRANTS** the Motion.

**IT IS ORDERED** that the Settlement Conference currently set for July 30, 2025 at 9:30 A.M. before United States Magistrate Judge Michael T. Morrissey is hereby vacated.

**IT IS FURTHER ORDERED** that the Settlement Conference is reset to _____ at ___ A.M/P.M.., to be held before Magistrate Judge Michael T. Morrissey.

DATED: _____

_____
Michael T. Morrissey
United States Magistrate Judge