# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF ARIZONA

| | |
|---|---|
| David Hezekia Adams, et al., | Case No. CV-24-08112-PHX-MTL (ESW) |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Lake Havasu, et al., | |
| Defendants. | |

The Court, having reviewed the Joint Motion to Continue Settlement Conference (Doc. 35), and for good cause shown, hereby **GRANTS** the Motion.

**IT IS ORDERED** that the Settlement Conference currently set for July 30, 2025, is rescheduled for September 12, 2025, at 9:30 A.M. before United States Magistrate Judge Michael T. Morrissey.

**IT IS FURTHER ORDERED** that each party must provide the Court with a Confidential Settlement Conference Memorandum at least seven days before the Conference.

Dated this 22nd day of July, 2025.

*/s/ Michael T. Morrissey*
Honorable Michael T. Morrissey
United States Magistrate Judge