**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone: (480) 659-4233
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
*Attorney for Defendants Lake Havasu City, Chad T. Graybeal, Julio Flores, Joshua R. Condra, Clint Wilcox, Danielle Banuelos, Dana Peterson, Cameron Hollis, Aaron Phoenix and Preston Pearce*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| David Hezekiah Adams, an individual; Rebekah Adams, an individual; and, Noah Adams, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>City of Lake Havasu, a governmental entity; Chad T. Graybeal and Jane Doe Graybeal, a married couple; Julio Flores and Jane Doe Flores, a married couple; Joshua R. Condra and Jane Doe Condra, a married couple; Clint Wilcox and Jane Doe Wilcox, a married couple; Danielle Banuelos and John Doe Banuelos, a married couple; Corporal Dana Peterson and Jane Doe Peterson, a married couple; Cameron Hollis and Jane Doe Hollis, a married couple; Aaron Phoenix and Jane Doe Phoenix, a married couple; Preston Pearce and Jane Doe Pearce, a married couple, and; John and Jane Does I-X,<br><br>Defendants. | No.: CV-24-08112-PCT-MTL (ESW)<br><br>**DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE** |

Defendants, by and through undersigned counsel, and in accordance with the

Court's Minute Entry filed at Doc. 40 ordering that proper dismissal documents be filed no later than today, inform the Court that the Parties have executed the Settlement and General Release Agreement. Defendants await the W9 tax forms from each of the Plaintiffs in order to issue the settlement proceeds. Defendants reached out to opposing counsel regarding the filing of a Stipulated Motion and Proposed Order, and did not receive approval or disapproval with respect to said Stipulated Motion.

Therefore, and in keeping with the requirements of Doc. 40, Defendants request that the above-entitled and numbered action, and all causes of action asserted therein, including those against all parties that were brought or could have been brought, be dismissed with prejudice, with each side to bear their own attorneys' fees and costs.

If the Court is inclined to wait until the settlement proceeds have been received by Plaintiffs, then Defendants respectfully request an additional 30 days to file the Motion to Dismiss with prejudice, and form of attached Proposed Order, which is Exhibit A hereto.

DATED this 3rd day of October, 2025.

JELLISON LAW OFFICES, PLLC

By: s/ *James M. Jellison*
James M. Jellison, Esq.
*Attorney for Defendants Lake Havasu City, Graybeal, Flores, Condra, Wilcox, Banuelos, Peterson, Hollis, Phoenix and Pearce*

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on October 3, 2025, I electronically transmitted the attached document to the Clerk's office using the ECF filing system for filing and transmittal of a Notice of Electronic filing to the following registrants:

Robert T. Mills
Sean A. Woods
Mills + Woods Law, PLLC
5055 North 12th Street
Suite 101
Phoenix, AZ 85014


s/ *Valerie Hall*