1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9

David Hezekiah Adams, et al.,

No. CV-24-08112-PCT-MTL (ESW)

10

        Plaintiffs,

**ORDER**

11

v.

12

City of Lake Havasu, et al.,

13

        Defendants.

14
15

      Pending before the Court is Defendants' motion to dismiss (Doc. 41) pursuant to

16

the settlement reached between the parties. The Court having considered the motion finds

17

that understanding Plaintiffs' position on said motion necessary for the ruling.

18

      Accordingly,

19

      **IT IS ORDERED** directing Plaintiff to file a response to the motion to dismiss

20

(Doc. 41) no later than **Monday, October 13, 2025**. The response must indicate

21

Plaintiff's position on the motion.

22

      Dated this 6th day of October, 2025.

23
24
25

Michael T. Liburdi
United States District Judge

26
27
28