MGD

1
2
3
4
5
6
7
8
9
10
11
12
13
14

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

David Hezekiah Adams, et al.,

Plaintiffs,

v.

City of Lake Havasu, et al.,

Defendants.

No. CV-24-08112-PCT-MTL (ESW)

**ORDER**

Pending before the Court is Defendants' Motion to Dismiss in which Defendants ask the Court to dismiss this action with prejudice with each side to bear their own attorneys' fees and costs. (Doc. 41.) In their Motion, Defendants inform the Court that the Parties have executed a Settlement and General Release Agreement. (*Id.*) Plaintiff does not oppose Defendants' Motion to Dismiss. (Doc. 43.)

The Court will grant the Motion.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED:**

(1)     The reference to the Magistrate Judge is **withdrawn** as to Defendants' Motion to Dismiss (Doc.41), and the Motion is **granted**.

(2)     This action is **dismissed with prejudice**, with the parties each to bear their own fees and costs.

(3)     The Clerk of Court must **terminate** this action.

Dated this 17th day of November, 2025.

Michael T. Liburdi
United States District Judge

- 2 -